**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

**ADLIN DELFORT,**                              :

    **Petitioner,**                        :

**vs.**                                         :  **CIVIL ACTION 06-00729-WS-B**

**ALBERTO GONZALES,**
***et al.,***                                   :

    **Respondents.**                       :

                             :

<u>**ORDER**</u>

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this court.  It is **ORDERED** that this action be and is hereby dismissed as moot.

DONE this 3rd day of May, 2007.


                                  s/WILLIAM H. STEELE
                                  UNITED STATES DISTRICT JUDGE