```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF ALABAMA
                       NORTHERN DIVISION


ADLIN DELFORT,                       :

    Petitioner,                      :

vs.                                  :   CIVIL ACTION 06-00729-WS-B

ALBERTO GONZALES,
et al.,                              :

    Respondents.                     :

                                     :

                                     :

                            JUDGMENT
```

It is ORDERED, ADJUDGED, and DECREED that this petition be and is hereby dismissed as moot.

DONE this 3rd day of May, 2007.

                    s/WILLIAM H. STEELE
                    UNITED STATES DISTRICT JUDGE